USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : 12-7-09

Rakoff, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
XM SATELLITE RADIO INC.,

               Petitioner,     09 Civ. 8928 (JSR)

              v.     **JUDGMENT**

ADVANCED GLOBAL TECHNOLOGY, LLC.,

               Respondent.
------------------------------------x

      XM Satellite Radio Inc. ("XM"), having commenced this action to confirm the Partial Final Award made on October 19, 2009 in the arbitration between Advanced Global Technology, LLC ("AGT") and XM (JAMS Case No. 14525002413), and the matter having been brought before this Court, and the parties having stipulated that XM's Petition to Confirm Arbitration Award be granted and the Partial Final Award (attached as Exhibit 1 to said Petition) be confirmed, and the Court on December 1, 2009 having so ordered the stipulation, it is

      ORDERED, ADJUDGED AND DECREED: That XM's Petition to Confirm Arbitration Award is granted and the Partial Final Award is confirmed; accordingly, the case is closed.

Dated: New York, New York
      December 3, 2009

                                                   _____
                                                   U.S.D.J.
                                                   12-4-09